# United States Bankruptcy Court
## of the
### Northern District Of Illinois
### Western Division

Trustee's Final Report

In Re:  ALVIN F. AUSTIN & DIANE L. AUSTIN                            Case Number: 08-70441
4550 GALLEON DRIVE                             SSN-xxx-xx-8461 & xxx-xx-0333
LOVES PARK, IL  61111

Case filed on:              2/20/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $3,629.33          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ROBERT J. SEMRAD & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | LVNV FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | ALVIN F. AUSTIN | 0.00 | 0.00 | 2,620.32 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 2,620.32 | 0.00 |
| 001 | CAPITAL ONE AUTO FINANCE | 3,515.00 | 3,515.00 | 309.96 | 140.04 |
| 002 | HEIGHTS FIN | 718.00 | 718.00 | 9.10 | 20.90 |
| 003 | MIDFIRST BANK | 2,170.79 | 2,170.79 | 0.00 | 0.00 |
| 004 | WELLS FARGO FINANCIAL INC | 6,250.00 | 6,250.00 | 196.85 | 253.15 |
|  | Total Secured | 12,653.79 | 12,653.79 | 515.91 | 414.09 |
| 001 | CAPITAL ONE AUTO FINANCE | 1,136.31 | 727.24 | 0.00 | 0.00 |
| 002 | HEIGHTS FIN | 0.00 | 262.40 | 0.00 | 0.00 |
| 004 | WELLS FARGO FINANCIAL INC | 0.00 | 6,442.88 | 0.00 | 0.00 |
| 005 | ASPEN / FB&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ROUNDUP FUNDING LLC | 733.91 | 469.70 | 0.00 | 0.00 |
| 007 | BUREAU OF COLLECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 957.96 | 613.09 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 852.33 | 545.49 | 0.00 | 0.00 |
| 010 | CITIBANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CITY OF ROCKFORD, COMMUNITY DEVELOP. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | COMED CO | 389.05 | 248.99 | 0.00 | 0.00 |
| 013 | CROSS COUNTRY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CSBG SMALL BUSINESS LOAN PROGRAM | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | EXXON MOBILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | NATIONAL CAPITAL MANAGEMENT LLC | 946.45 | 605.73 | 0.00 | 0.00 |
| 018 | JC PENNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | MAIN STREET | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MERRICK BANK CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | MIDLAND CREDIT MGMT | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | PALISADES COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | PORTFOLIO RECOVERY ASSOCIATES | 2,473.02 | 1,582.73 | 0.00 | 0.00 |
| 025 | RMI/MESI | 274.12 | 175.44 | 0.00 | 0.00 |
| 026 | RMI / MCSI | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | LVNV FUNDING LLC | 156.31 | 100.04 | 0.00 | 0.00 |
| 028 | BASS & ASSOCIATES PC | 33.79 | 0.00 | 0.00 | 0.00 |
| 029 | ROUNDUP FUNDING LLC | 313.98 | 200.95 | 0.00 | 0.00 |
|  | Total Unsecured | 8,267.23 | 11,974.68 | 0.00 | 0.00 |
|  | Grand Total: | 20,921.02 | 24,628.47 | 3,136.23 | 414.09 |

Total Paid Claimant:        $3,550.32
Trustee Allowance:          $79.01           Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00       discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on <u>11/24/2008</u>                    By <u>  /s/Heather M. Fagan</u>